LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TEAMSTERS LOCAL 14,      Case No.:

    Plaintiff,     **COMPLAINT**

v.

ALSCO, INC.,

    Defendant.
_____/

Plaintiff TEAMSTERS LOCAL, 14, by and through undersigned counsel, Daniel Marks, Esq. and Adam Levine, Esq. of the Law Office of Daniel Marks, allege as follows:

1. At all times material hereto Plaintiff Teamsters Local 14 was a labor organization representing employees in industries affecting commerce within the meaning of 29 U.S.C. §142(1).

2. At all times material hereto Defendant ALSCO, Inc. was a corporation employing Teamster Local 14 drivers and doing business in Clark County, Nevada.

///

///

1

3. The United States District Court has jurisdiction pursuant to section 301(a) and (c) of the Labor Management Relations Act, 29 U.S.C. §185(a) and (c), as this action is brought pursuant for violation of the collective bargaining agreement between Defendant and Teamsters Local 14, and because Teamsters Local 14 maintains its principal office in Clark County, Nevada.

4. The Collective Bargaining Agreement between Defendant and Teamsters Local 14 contains an arbitration provision which provides that any disagreements between Defendant and Teamsters Local 14 shall be submitted to arbitration.

5. On or about November 24, 2020 Defendant by letter denied one or more grievances brought by Teamsters Local 14 relating to the seniority rights of delivery drivers who volunteered for layoff in light of COVID 19 issues.

6. Both before the November 24, 2020 letter, and subsequent to the November 24, 2020 letter, Teamsters Local 14 demanded to arbitrate the dispute under the collective bargaining agreement.

7. Defendant has refused to arbitrate.

8. The Defendant's refusal to arbitrate constitutes a violation of the collective bargaining agreement.

9. Teamsters Local 14 is entitled to an award of costs and attorney's fees pursuant to both 29 U.S.C. §187(b) in the terms of the collective bargaining agreement itself.

WHEREFORE, Teamsters Local 14 prays for judgment as follows:

1. For an order compelling Defendant to arbitrate;

///

///

///

///

2. For an award of costs and attorney's fees; and

3. For such other and further relief as the Court Deems Just and Proper.

DATED this 3rd day of December 2020.

                LAW OFFICE OF DANIEL MARKS

                _/s/ Adam Levine, Esq._
                DANIEL MARKS, ESQ.
                Nevada State Bar No. 002003
                office@danielmarks.net
                ADAM LEVINE, ESQ.
                Nevada State Bar No. 004673
                alevine@danielmarks.net
                610 South Ninth Street
                Las Vegas, Nevada 89101
                (702) 386-0536: FAX (702) 386-6812
                *Attorneys for Plaintiff*